IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

UNITED STATES OF AMERICA                                                   PLAINTIFF

v.                                  CASE NO. 3:21-CV-00125-BSM

BETTY J. FOSTER                                                          DEFENDANT

## ORDER

The government's motion for default judgment [Doc. No. 6] is granted, and judgment is entered against Betty Foster in the amount of $39,438.69, plus interest and other statutory additions accruing from January 17, 2022.  Foster was served with a summons and a copy of the complaint on August 30, 2021, and failed to respond.  Doc. No. 2.  A clerk's default was entered against her on October 12, 2021.  Doc. No. 5.  The government now moves for entry of a default judgment, and Foster has not responded.  Doc. Nos. 6, 7.  Accordingly, based on the evidence submitted with the motion, judgment is entered in favor of the government and against Foster in the amount of $39,438.69, plus interest and other statutory additions accruing from January 17, 2022.

IT IS SO ORDERED this 15th day of February, 2022.


_____
UNITED STATES DISTRICT JUDGE