IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                    CASE NO. 3:21-CV-00125-BSM

BETTY J. FOSTER                                                                                   DEFENDANT

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed.

IT IS SO ORDERED this 15th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE